# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR30** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THIRUGNANAM RAMANATHAN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Thirugnanam Ramanathan (Ramanathan) to review detention (Filing No. 50). Previously the court denied Ramanathan's motion to review detention.

Ramanathan now proposes to reside with a naturalized citizen who resides in Omaha and be subject to electronic monitoring, and to have Ramanathan's immediate family in Thailand join him in Omaha.

This case is being delayed pending the receipt of evidence from various international MLAT requests. Ramanathan was extradited to the United States from Hong Kong where he was apprehended.

The new proposal by Ramanathan does not ameliorate the court's prior finding that Ramanathan is a flight risk and that he could easily abscond from the United States where he was involuntarily brought to from Hong Kong.

The court concurs with the government (Filing No. 52) in that Ramanathan's new proposal does not mitigate the risk of flight. Accordingly, Ramanathan's motion to review detention (Filing No. 50) is denied.

**IT IS SO ORDERED.**

DATED this 9th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge