# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:07CR30 |
| vs. | ) | ORDER |
| **THIRUGNANAM RAMANATHAN,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Thirugnanam Ramanathan (Ramanathan) to file pretrial motions out of time (Filing No. 55). For good cause shown, Ramanathan's motion (Filing No. 55) is granted. Ramanathan may file pretrial motions in accordance with the progression order (Filing No. 31) on or before November 19, 2007.

**IT IS SO ORDERED.**

DATED this 24th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge