IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:07CR30 |
| vs. | ) | ORDER |
| **THIRUGNANAM RAMANATHAN,** | ) | |
| Defendant. | ) | |

This matter is before the court on the joint motion for a continuance of the trial of this matter by defendant Thirugnanam Ramanathan (Ramanathan) and the government (Filing No. 123). The parties seek a continuance of trial scheduled for April 29, 2008. Ramanathan has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Ramanathan consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted and trial will be continued.

**IT IS ORDERED:**

1. The joint motion to continue trial (Filing No. 123 ) is granted.

2. Trial of this matter is re-scheduled for **June 17, 2008,** before Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 17, 2008 and June 17, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that the parties require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of April, 2008.

BY THE COURT:
s/Thomas D. Thalken
United States Magistrate Judge