# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR30** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **THIRUGNANAM RAMANATHAN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline to object to the PSR (Filing No. 134). The objections have been filed.

IT IS ORDERED that the Defendant's motion to extend the deadline to object to the PSR (Filing No. 134) is granted.

DATED this 18th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge